NOVEMBER 22, 1948.

No. 188, Misc.   HOWELL *v.* JONES, WARDEN;
No. 191, Misc.   PACK *v.* PERRY, SUPERINTENDENT; and
No. 192, Misc.   MAHONEY *v.* CHAPMAN, SUPERINTENDENT.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 197, Misc.   KADANS *v.* SULLIVAN, U. S. DISTRICT JUDGE.   Motion for leave to file petition for writ of mandamus denied.   *Joseph Kadans* for petitioner.

No. 422.   UNITED STATES *v.* WATERS.   Appeal from the United States District Court for the District of Columbia. Dismissed on motion of counsel for the appellant.   *Solicitor General Perlman* for the United States.

No. 267.   FARRELL *v.* UNITED STATES ET AL.   C. A. 2d Cir.   Certiorari granted.   *Silas Blake Axtell* and *Myron Scott* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade, Leavenworth Colby* and *Alvin O. West* for the United States, respondent.

No. 333.   AERONAUTICAL INDUSTRIAL DISTRICT LODGE No. 727 *v.* CAMPBELL ET AL.   C. A. 9th Cir.   Certiorari granted.   *Maurice J. Hindin* for petitioner.   *Solicitor General Perlman* for Campbell et al.; and *Robert H. Canan* for the Lockheed Aircraft Corp., respondents.